UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| INSTITUTIONAL SHAREHOLDER SERVICES, INC.,<br><br>PLAINTIFF-APPELLEE,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION and GARY GENSLER in his official capacity as Chair of the Securities and Exchange Commission,<br><br>DEFENDANT-APPELLANTS,<br><br>NATIONAL ASSOCIATION OF MANUFACTURERS,<br><br>INTERVENOR-APPELLANT. | No. 24-5105<br>(consolidated with 24-5112) |

**MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendant-Appellants Securities and Exchange Commission and Gary Gensler, in his official capacity as Chair of the Securities and Exchange Commission, hereby move to voluntarily dismiss their appeal in Case No. 24-5112. This motion pertains only to Defendant-Appellants' appeal, and does not impact Intervenor-Appellant National Association of Manufacturers' separate appeal in Case No. 24-5105, with which Defendant-Appellants' appeal was consolidated. Intervenor-Appellant National

Association of Manufacturers takes no position on this motion. Plaintiff-Appellee Institutional Shareholder Services, Inc., does not oppose the motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| MEGAN BARBERO<br>General Counsel | /s/ Daniel E. Matro<br>DANIEL E. MATRO<br>Senior Appellate Counsel |
| MICHAEL A. CONLEY<br>Solicitor | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549 |
| TRACEY A. HARDIN<br>Assistant General Counsel | (202) 551-8248 (Matro) |
| Dated: August 30, 2024 | *Counsel for Defendant-Appellants* |

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2) because it contains 93 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

I also certify that this motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it uses a proportionally spaced, 14-point Times New Roman typeface.

/s/ Daniel E. Matro
Daniel E. Matro

August 30, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that on August 30, 2024, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notice to all the parties.

<u>/s/ *Daniel E. Matro*</u>
Daniel E. Matro

August 30, 2024