# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5112**  **September Term, 2024**

**1:19-cv-03275-APM**

**Filed On: September 5, 2024** [2073289]

Institutional Shareholder Services, Inc.,

    Appellee

    v.

Securities and Exchange Commission and Gary Gensler, in his official capacity as Chair of the Securities and Exchange Commission,

    Appellants

National Association of Manufacturers,

    Appellee

## M A N D A T E

In accordance with the order of September 5, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Lynda M. Flippin
Deputy Clerk

Link to the order filed September 5, 2024